**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-4952**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MOHAMMED HAMMOUDE, a/k/a Mohammad Hammoudeh,

Defendant - Appellant.

---

**No. 04-6873**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MOHAMMED HAMMOUDE, a/k/a Mohammed Hammoudeh,
a/k/a Mohammad Hammoudeh,

Defendant - Appellant.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (CR-00-9-A)

---

Submitted: September 20, 2004      Decided: September 29, 2004

---

Before WILLIAMS, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

---

Mohammed Hammoude, Appellant Pro Se.  Robert William Wiechering, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Mohammed Hammoude appeals the district court's orders denying his post-conviction motions for return of property under Fed. R. Crim. P. 41(g) and for a downward departure due to diminished capacity. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Hammoude, CR-00-9-A (E.D. Va. filed Oct. 24, 2003; entered Oct. 27, 2003 & May 17, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED